MARIE B. SWANTON, Appellant, v. JOHN CURLEY, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of GASPAR ARTES, Respondent, for an Order Directing the Arbitration Provided for in a Certain Contract in Writing Entered into between Petitioner and MANNIELLO BROS. & MAYRSOHN, INC., on November 5, 1930, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of THE SUPERINTENDENT OF BANKS for a Determination of Priority or Payment of Claims Pursuant to Section 78 of the Banking Law, Respondent; Claim of LOUIS C. FERRARA, in Trust for CATHERINE FERRARA, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

EMMA LUCKS, Respondent, v. MINGATE HOLDING CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROSAMOND HILDA GREEN, Appellant, v. IKE SIMON and Another, Defendants. AMELLO DISCALLA, Respondent.— Order reversed, with twenty dollars costs and disbursements to the appellant against the respondent Amello Discalla, and the motion granted, without prejudice to the position of the case on the calendar. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROBERT D. FLYNN, an Infant, etc., by WILLIAM G. O'MALLEY, His Guardian ad Litem, and HAZEL D. FLYNN, Appellants, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Poland* v. *United Traction Co.*, 88 App. Div. 281; affd., 177 N. Y. 557; *Munley* v. *Delaware & Hudson R. R. Corp.*, 236 App. Div. 791; *DeGroat* v. *N. Y. C. R. R. Co.*, 235 id. 816; *Pond* v. *Hudson River R. R. Co.*, 17 How. Pr. 543.) Present — McAvoy, Merrell, Martin and Townley, JJ.

LOUIS M. MONHEIMER, Respondent, v. ARTHUR S. KLEEMAN and Others, Appellants, Impleaded with Another.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JACOB AINE and HENRY SHERMAN, as Committee of the Estate of KATE B. SHERMAN, Also Known as KATE BELLA SHERMAN, and BELLA SHERMAN, an Incompetent Person, Appellants, v. LEONARD LEVINE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

EDWARD J. GOLDFIELD and Another, Respondents, v. F. A. FOSTER & Co., INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.